02-10-324-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-10-00324-CR

 

 


 
 
 Robert James Stevens
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

------------

 

FROM County
Court AT LAW NO. 1 OF Parker COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered AFirst Amended Motion To Withdraw
Appeal.@ 
The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R. App. P. 42.2(a). 
No decision of this court having been delivered before we received this motion,
we grant the motion and dismiss the appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

 

                                                                            PER
CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  March 17, 2011









[1]See
Tex. R. pp. P. 47.4.